UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ROSEAN NEWSON                                    CIVIL ACTION

VERSUS                                           NUMBER: 05-5465

SGT. JEFFERY PRIMES, ET AL.                      SECTION: "R"(5)


                              **ORDER**

     Presently before the Court is the motion for preliminary injunction filed by plaintiff (rec. doc. 6), defendants' opposition thereto (rec. doc. 14) and plaintiff's further request for preliminary injunction (rec. doc. 23).

     The Court denies the motion for preliminary injunction.  There are two defendants in this litigation, *i.e.*, Sgt. Jeffery Primes and Sgt. Steve Price.  The plaintiff's request for injunction, particularly as set forth in rec. doc. 23, addresses alleged acts of retaliation which he anticipates from people other than the named defendants.

     The Court does not believe the record establishes that irreparable injury will occur to the plaintiff if the preliminary injunction is denied.  Sugar Busters, LLC v. Brennan, 177 F.3d 258,

265 (5th Cir. 1999).  Any acts of retaliation to which plaintiff might be subjected may form the basis of subsequent litigation. Further, the individuals from whom plaintiff expects retaliation are not the defendants named herein.

New Orleans, Louisiana, this  7th  day of July, 2006.

```
                               _____
                                     ALMA L. CHASEZ
                               UNITED STATES MAGISTRATE JUDGE
```