UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSEAN NEWSOME | CIVIL ACTION |
| VERSUS | NO: 05-5465 |
| JEFFREY PRIMEST, *ET AL.* | SECTION: R(5) |

### ORDER

Having reviewed *de novo* the complaint, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that plaintiff's claims brought against defendant are DISMISSED with prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

New Orleans, Louisiana, this 23rd day of April 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE